IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| DARRELL WAYNE FRANKLIN, | § | |
|---|---|---|
| #664409, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 3:10-CV-1830-K |
| | § | |
| BOARD OF PARDONS AND PAROLE, | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Petitioner's Objections to the Recommendation of the U.S. Magistrate Judge, filed on November 2, 2010, are hereby **OVERRULED**.

SO ORDERED.

Signed November 8th, 2010.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE